UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GLENN C. WAEHNER and BELL POINT
SHORES HOMEOWNERS ASSOCIATION, INC.

                         Appellant,
      vs                                    1:07-CV-1046

NORTHWEST BAY PARTNERS, LTD.

                         Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

NOLAN & HELLER, LLP                    JUSTIN A. HELLLER, ESQ.
Attorneys for Appellants
39 North Pearl Street
Albany, NY 12207

HODGSON RUSS, LLP                      RICHARD L. WEISZ, ESQ.
Attorneys for Appellee
77 Broadway, Suite 301
Albany, NY 12207

DAVID N. HURD
United States District Judge

## O R D E R

       The appellant appeals from an Order entered in Involuntary Case No. 07-11870-1-rel on September 10, 2007, in the United States Bankruptcy Court for the Northern District of New York (Littlefield, B.J.).  On September 19, 2007, a notice of appeal was filed in this court.  The Clerk of the United States Bankruptcy Court filed a Certification of Non-compliance with B.R. 8006.  No extension of time has been requested, and no cause has been shown for the failure to comply with B.R. 8006.

Accordingly it is

ORDERED, that

Appellant's appeal is DISMISSED.

IT IS SO ORDERED.

Dated:  October  5, 2007
        Utica, New York.

United States District Judge