# United States District Court
## Northern District of New York

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 1:07-CV-1046 (DNH)

**GLENN C. WAEHNER and BELL POINT SHORES HOMEOWNERS ASSOCIATION, INC.**

- v -

**NORTHWEST BAY PARTNERS, LTD.**

[ ]  Jury verdict.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[xx] Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Bankruptcy appeal is dismissed, for appellants' failure to comply with B.R. 8006; in accordance with the Order of the Honorable David N. Hurd, United States District Judge, filed October 5, 2007.

October 5, 2007
DATE

*Lawrence K. Baerman* (signature)
Clerk of Court

C. Mergenthaler
(BY)  DEPUTY CLERK

Entered and served on October 5, 2007